877 A.2d 264

IN THE MATTER OF ERIC ALAN KLEIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 019961987)

July 27, 2005.

## ORDER

**ERIC ALAN KLEIN** of **HARRINGTON PARK,** who was admitted to the bar of this State in 1987, having been found guilty of one count of conspiracy to defraud the United States in violation of 18 *U.S.C.A.* 371 and two counts of wire fraud in violation of 18 *U.S.C.A.* 1343, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **ERIC ALAN KLEIN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **ERIC ALAN KLEIN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **ERIC ALAN KLEIN** comply with *Rule* 1:20–20 dealing with suspended attorneys.